UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-20753-CR-UNGARO / O'SULLIVAN

UNITED STATES OF AMERICA,

v.

CURTIS LISA,

       Defendant.

_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon Defendant's Motion for Early Termination of Probation. DE 27. This matter was referred to Magistrate Judge O'Sullivan, who on the May 17, 2007, issued a Report (DE 33) recommending that the Motion (DE 27) be denied, noting, *inter alia*, that the Defendant has served less than one half of his supervised release term. However, due to the Defendant's exceptional conduct, the Report recommends that if the Defendant continues to comply with the conditions of his supervised release, commencing on August 11, 2007: (1) the Defendant be placed on a compliance caseload by probation requiring the Defendant to report to a voice recognition system; and (2) that the Defendant be permitted to travel both domestically and internationally and be required to provide telephonic notification to probation prior to commencement of travel and upon return from travel. DE 33 (Report). *See* DE 33 (Report) at 2-3. The parties have not objected to the Report (DE 33) and the matter is ripe for disposition.

Accordingly, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (DE 33) is RATIFIED, AFFIRMED AND ADOPTED.  It is further

ORDERED and ADJUDGED that the Defendant's Motion for Early Termination of Probation (DE 27) is DENIED for the reasons stated in the Report.  It is further

ORDERED AND ADJUDGED that if the Defendant continues to comply with the conditions of his supervised release, commencing on August 11, 2007:

(1) the Defendant be placed on a compliance caseload by probation requiring the Defendant to report to a voice recognition system; and

(2) that the Defendant be permitted to travel both domestically and internationally and be required to provide telephonic notification to probation prior to commencement of travel and upon return from travel.

DONE and ORDERED in Chambers at Miami, Florida, this /2 day of June, 2007.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE